JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

JEYSY MELANY CABRERA DUBON,

        Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

        Respondents.

No. 5:26-cv-02727-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 9), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Respondents report that following this Court's Order, Petitioner withdrew her request for a bond hearing. (ECF 11 at 2, 4.) The Court therefore directs the Clerk of Court to close this case.

DATED: June 5, 2026

_____
HON. BRIANNA FULER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE